

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| In the Interest of  A. N. G., a Child, | § | No. 08-19-00088-CV |
|  | § |  |
| Appellant. | § | Appeal from the |
|  | § | 383rd District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2010CM094) |
|  | § |  |

**O R D E R**

Pending before the Court is Appellant's motion requesting that he be allowed to proceed without payment of costs on appeal and that the trial court's judgment be suspended during the pendency of the appeal.  The Court has ordered the trial court to conduct a hearing on the court reporter's challenge to Appellant's corrected Statement of Inability to Pay Costs on Appeal.  Consequently, we will not separately address Appellant's request made in this motion to be allowed to proceed without payment of costs.  Regarding Appellant's request that we suspend enforcement of the judgment without security or with equitable security, Rule 24.2(a)(4) provides that when the judgment being appealed involves the conservatorship or custody of a minor, as in this case, enforcement of the judgment will not be suspended, with or without security, unless ordered by the trial court.  TEX.R.APP.P. 24.2(a)(4).  The record before us does not reflect that Appellant has asked the trial court to suspend the judgment or that the trial court has ruled on such a request.  While Rule 24.2(a)(4) additionally provides that the appellate court may suspend enforcement of the judgment with or without security, our discretion to enter such an order is predicated on Appellant making a proper showing.  Appellant has not made the necessary showing.  Accordingly, Appellant's motion to suspend the judgment pursuant to Rule 24.2(a)(4) is DENIED.

IT IS SO ORDERED this 2nd day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.